UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 20-13709-BKC-RAM
Chapter 7

**LAZARO PEREZ**
SSN: XXX-XX-0288
**MARIA L GUZMAN**
SSN: XXX-XX-9384

           Debtors.           /

**TRUSTEE'S MOTION TO ENLARGE TIME TO FILE
A COMPLAINT OBJECTING TO THE DEBTORS' DISCHARGES**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Lazaro Perez and Maria L Guzman (the "Trustee"), through counsel, files this Motion to Enlarge Time to File a Complaint Objecting to the Debtors' Discharges (the "Motion") pursuant to Fed.R.Bankr.P. 9006(b), and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on March 18, 2020.

2. The §341 Meeting of Creditors initially scheduled for in-person on April 21, 2020, but then rescheduled to, and ultimately held telephonically on, May 18, 2020 due to the Covid-19 pandemic.

3. Accordingly, the deadline for the Trustee to file a complaint objecting to the Debtors' discharges is July 17, 2020.

4. Additional documents and information are needed from the Debtors in order for the Trustee to determine whether there is any basis to file a complaint objecting to the Debtors' discharge. However, despite repeated requests, the Trustee has not yet received all requested documents and information from the Debtors.

5. Based on the foregoing, the Trustee, through counsel, respectfully requests an additional sixty (60) days, through and including September 15, 2020, to file a complaint objecting to the Debtors' discharges.

1

6.     This request is made on behalf of the Trustee, and is not intended as a request for enlargement for any creditor.

7.     Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Lazaro Perez and Maria L Guzman, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) finding that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtors' discharges; (3) enlarging the time for the Trustee to file a complaint objecting to the Debtors' discharges through, and including, September 15, 2020; and (4) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2020, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Lazaro Perez
Maria L Guzman
3951 NW 176th Terrace
Miami Gardens, FL 33055-3847

Respectfully submitted,

/s/ Joshua D. Silver
Joshua D. Silver
Fla. Bar No. 100022
Tabas & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
jsilver@tabassoloff.com