

ORDERED in the Southern District of Florida on September 15, 2020.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                CASE NO.:  20-13709-BKC-RAM
                                                                      Chapter 7
**LAZARO PEREZ**
SSN: XXX-XX-0288
**MARIA L GUZMAN**
SSN: XXX-XX-9384

_____Debtors._____/

**ORDER GRANTING TRUSTEE'S AGREED *EX PARTE* SECOND MOTION TO
ENLARGE TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGES**

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Agreed *Ex Parte* Motion to Enlarge Time to File a Complaint Objecting to Debtors' Discharges (the "Motion") [ECF 35], and the Court, having reviewed the Motion, having noted the agreement of the parties, and based on the record, it is

**ORDERED** as follows:

1.     The Motion is granted.

CASE NO.: 20-13709-BKC-RAM

      2.      The Court finds that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtors' discharges.

      3.      The deadline for Joel L. Tabas, Trustee, to file a complaint objecting to the Debtors' discharges shall be enlarged through, and including, **November 16, 2020.**

# # #

Submitted By:

Joshua D. Silver
Florida Bar No. 100022
Tabas & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
E mail: jsilver@tabassoloff.com

Copy furnished to:

Joshua D. Silver
Attorney Silver is directed to serve copies of this Order on all interested parties and file a Certificate of Service.