Notice of Returned Mail to Debtor/Debtor's Attorney

April 12, 2021

From: United States Bankruptcy Court, Southern District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Lazaro Perez, Case Number 20-13709, RAM

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
Miami

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Island One Resorts
2345 Sand Lake Road Ste 100
Orlando, FL 32809-9120

THE UPDATED ADDRESS IS:

*this is the address I found*

Island One Resorts
8680 Commodity Cir
Orlando FL.
32819   (407) 859-8900

Signature of Debtor or Debtor's Attorney

Date: 04-22-21

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.